IN THE UNITED STATES DISTRICT COURT
FOR THE _NORTHERN_ DISTRICT OF _OHIO_
_____ DIVISION

*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

**FILED**

**JAN 1 1 2022**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

MICHAEL REYNOLDS
_____
_____

*(Write the full name of each plaintiff who is filing
this complaint.  If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for Employment
Discrimination**

Case No. **5:22 CV 0055**

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

**JUDGE LIOI**

**MAG. JUDGE HENDERSON**

-against-

TANKO ADUMU, ~~RAQUEL ROBERTS~~
~~MS. LAND~~, AMAZON LLC!
_____

*(Write the full name of each defendant who is
being sued.  If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _MICHAEL REYNOLDS_
Street Address _23 W. DALTON ST._
City and County _AKRON SUMMIT_
State and Zip Code _OHIO 44310_
Telephone Number _234-571-0145_
E-mail Address _REYNOLDS MICHAEL 844a GMAIL. COM_

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name _AMAZON AKC1_
Job or Title (if known) _DISTRIBUTION CENTER_
Street Address _2400 ROMIG RD_
City and County _AKRON SUMMIT_
State and Zip Code _OHIO 44320_
Telephone Number _____
E-mail Address (if known) _____

Defendant No. 2

Name _TANKO ADUMU_
Job or Title (if known) _SAFETY MANAGER_
Street Address _2400 ROMIG RD_
City and County _AKRON SUMMIT_

2

State and Zip Code _OHIO 44320_

Telephone Number _____

E-mail Address
(if known) _____

Defendant No. 3

Name _RAQUEL ROBERTS_

Job or Title _HUMAN RESOURCES BUSINESS PARTNER_
(if known)

Street Address _2400 ROMIG RD_

City and County _AKRON SUMMIT_

State and Zip Code _OHIO 44320_

Telephone Number _____

E-mail Address
(if known) _____

Defendant No. 4

Name _LEANNA LAND_

Job or Title _HUMAN RESOURCES BUSINESS PARTNER_
(if known)

Street Address _2400 ROMIG RD_

City and County _AKRON SUMMIT_

State and Zip Code _OHIO 44320_

Telephone Number _____

E-mail Address
(if known) _____

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s)
is:

Name _AMAZON AKC1_

Street Address _2400 ROMIG RD_

City and County _AKRON SUMMIT_

State and Zip Code _OHIO 44320_

Telephone Number _____

3

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*: DEFAMATION, HARASSMENT, WRONGFUL TERMINATION

☐ Relevant state law *(specify, if known)*:

_____

☐ Relevant city or county law *(specify, if known)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

    ☐ Failure to hire me.

    ☑ Termination of my employment.

    ☐ Failure to promote me.

    ☐ Failure to accommodate my disability.

    ☐ Unequal terms and conditions of my employment.

    ☐ Retaliation.

    ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

**FEBRUARY 23, 2021** _____

C.   I believe that defendant(s) *(check one)*:

    ☐ is/are still committing these acts against me.

    ☐ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

    ☑ race _____

    ☑ color _____

    ☐ gender/sex _____

    ☐ religion _____

    ☐ national origin _____

    ☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

    ☐ disability or perceived disability *(specify disability)*

    _____

E.   The facts of my case are as follows. Attach additional pages if needed.

5

*I WAS NOT ON THE CLOCK AND NEITHER WAS TANKO ADUMU I WAS HARASSED AND DISCRIMINATED AGAINST AND I WAS TERMINATED IN WHICH I SHOULD NOT HAVE BEEN*

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* *OCT. 14 2021*

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

6

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

FIRST AND FOREMOST I WOULD ASK THE COURT TO HAVE MY POSITION WITH AMAZON REINSTATE 2 BACK PAY IVE LOST 3. COMPENSATED FOR RENT. COMPENSATED FOR HOW I HAD TO SUFFER FOR 16 WEEKS OF UNEMPLOYMENT THAT THIS INCIDENT HAS CAUSED. PUNITIVE AND EXEMPLARY IN THE SUM OF 150,000. BECAUSE I WOULD HAVE STILL BEEN WORKING FOR AMAZON

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/11/22, 20__.

Signature of Plaintiff _Michael Reynolds_

Printed Name of Plaintiff _MICHAEL REYNOLDS_

7

**B.** **For Attorneys**

Date of signing: _____, 20\_\_.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |